Concepcion A. Montoya, Esq.
Elizabeth K. Devine, Esq.
HINSHAW & CULBERTSON LLP
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200 (Telephone)
(212) 935-1166 (Facsimile)
*Attorneys for Defendant*
  *GC Services LP*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN SHILKOSKI,<br><br>                      Plaintiff,<br><br>- against -<br><br>GC SERVICES, LP,<br><br>                      Defendant. | _____ Civ. No._____ |

**NOTICE OF REMOVAL OF ACTION**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant GC SERVICES LP ("GCS" or "Defendant"), hereby gives notice of the removal of this action from the Superior Court of the State of New Jersey, Law Division, Special Civil Part, Middlesex County, New Jersey, where it is now pending, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant states:

1.      On or about May 31, 2013, Plaintiff filed a summons and complaint in this action bearing docket number DC-009348-13 before the Superior Court of the State of New Jersey,

Law Division, Special Civil Part, Middlesex County, New Jersey.  A copy of the Summons and Complaint is annexed hereto as Exhibit A.

2. On or about June 7, 2013, Defendant first received the Summons and Complaint by mail.

3. The Complaint alleges, in sum and substance, that Defendant violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq.  Accordingly, this action may be removed pursuant to 28 U.S.C. § 1441(b) as this Court has federal question jurisdiction under 18 U.S.C. § 1331.

4. To the extent Plaintiff purports to allege any state law causes of action, the Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

5. This Notice of Removal is timely filed within thirty (30) days after the named Defendant first received a copy of the initial pleadings setting forth the claims for relief and existence of federal question jurisdiction.

6. A civil cover sheet and the payment of the required filing fee accompanies this Notice.

7. Written notice of this Notice of Removal will be filed in the Superior Court of the State of New Jersey, Law Division, Special Civil Part, Middlesex County.

130609336 0947482

**WHEREFORE,** Defendant GC Services LP requests that this action be removed from the Superior Court of the State of New Jersey, Law Division, Special Civil Part, Middlesex County to the United States District Court for the District of New Jersey.

Dated: New York, New York
July 8, 2013

        HINSHAW & CULBERTSON LLP
        *Attorneys for Defendant*
          *GC Services LP*

By: ___*s/Concepcion A. Montoya*_____
      Concepcion A. Montoya (CM-7147)
      Elizabeth K. Devine (ED-0082)

780 Third Avenue, 4th Floor
New York, New York 10017
Tel: (212) 471-6200

TO:    Stuart Werbin, Esq.
        THE LAW OFFICES OF
          ROBERT S. GITMEID & ASSOC., PLLC
        11 Broadway, Suite 1310
        New York, New York 10004
        (866) 707-4595 ext. 1004
        (866) 460-5541 (Facsimile)
        *Attorneys for Plaintiff*
          *John Shilkoski*

130609336 0947482